# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| ROBERT P. RIGGS and | § | |
| DYNAMICS MARINE, INC., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2076 |
| | § | |
| CUDD PRESSURE CONTROL, INC., | § | |
|     Defendant. | § | |

## TRANSFER ORDER

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that this case is **TRANSFERRED** to the United States District

Court for the Eastern District of Louisiana.

SIGNED at Houston, Texas, this **28th** day of **July, 2005**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2005\2076TransferOrder.wpd